UNITED STATES COURT OF INTERNATIONAL TRADE

------------------------------------------------------------x

LANE BRYANT,

|                         |                          |
|-------------------------|--------------------------|
| Plaintiff,              | Court No  04-00600       |
| v                       | [Reserve Calendar]       |

UNITED STATES,

Defendant

------------------------------------------------------------x

### ORDER

Upon consideration of plaintiff's motion for an extension of time within which this case may

remain in the Reserve Calendar, until October 31, 2006, and upon all papers, pleadings and

proceedings herein, it is

**ORDERED** that plaintiff's motion for an extension of time be and hereby is granted

_____
JUDGE


Dated  New York. New York
       This __ day of _____. 200_


Pursuant to Rule 82(b)(1) the
above motion is Granted

Date: 4/26/2006

Clerk of the Court

BY: _Valerie Gldish_

Deputy Clerk

## NOTICE OF ENTRY AND SERVICE

This is a notice that an order or judgment was entered in the docket of this action, and was served upon the parties on the date shown below

Service was made by depositing a copy of this order or judgment, together with any papers required by USCIT Rule 79(c), in a securely closed envelope, proper postage attached, in a United States mail receptacle at One Federal Plaza, New York, New York 10278 and addressed to the attorney of record for each party at the address on the official docket in this action, except that service upon the United States was made by personally delivering a copy to the Attorney-In-Charge, International Trade Field Office, Civil Division, United States Department of Justice, 26 Federal Plaza, New York, New York 10278 or to a clerical employee designated, by the Attorney-In-Charge in a writing filed with the clerk of the court

or

Service was made electronically, upon those parties that have filed a Notice of Consent to Electronic Service, by the Court's CM/ECF system.

Louis Tumminia, Jr.
Acting Clerk of the Court

Date: _April 26, 2006_

By: _Valerie [signature]_
Deputy Clerk